UNITED STATES of America, Appellee,

v.

**Philip N. THARP, individually and as trustee for Philip N. Tharp, a purported simple trust, Appellant.**

No. 04–3772.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 21, 2006.

Filed: Feb. 24, 2006.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Philip Tharp (Tharp) appeals from the district court's[1] adverse grant of summary judgment in this action by the United States to recover erroneous income tax refunds. The government has filed a motion for sanctions to cover some of its expenses in defending this suit.

After de novo review, *see Murphy v. Mo. Dep't of Corr.*, 372 F.3d 979, 982 (8th

Cir.), *cert. denied,* 543 U.S. 991, 125 S.Ct. 501, 160 L.Ed.2d 378 (2004), we conclude the grant of summary judgment was proper for the reasons explained by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

Regarding the request for sanctions, we may award "just damages" and single or double costs if we determine an appeal is frivolous. *See* 28 U.S.C. § 1912; Fed. R.App. P. 38. In this case, we find Tharp has filed a frivolous appeal raising tax-protester arguments of the kind he unsuccessfully raised below. Under these circumstances, we conclude sanctions are appropriate. *See United States v. Gerads*, 999 F.2d 1255, 1256–57 (8th Cir.1993) (per curiam) (when appellant brought frivolous appeal based on tax-protester argument, court granted government's motion for sanctions).

Accordingly, we award the government $5000 in damages.

---

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.